UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL LEE X VANCE,<br><br>        Plaintiff,<br><br>  v.<br><br>THE GOVERNMENT OF THE UNITED STATES OF AMERICA,<br><br>        Defendants. | CIVIL ACTION NO. 4:20-CV-02391<br><br>(MEHALCHICK, M.J.) |

**ORDER**

AND NOW, this 16th day of March, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that, having determined that Plaintiff's Complaint (Doc. 1) fails to state a claim over which the Court holds jurisdiction, Plaintiff is hereby granted leave to file an amended complaint within **30 days of the date of this Order, or on or before April 15, 2021.**

                                                BY THE COURT:

                                                *s/ Karoline Mehalchick*
                                                **KAROLINE MEHALCHICK**
                                                **United States Magistrate Judge**